# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Priscilla Marie Gadsden,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  -vs-  )<br>  )<br>Carolyn W. Colvin, Acting Commissioner  )<br>of the Social Security Administration,  )<br>  )<br>  Defendant.  )<br>  ) | C/A No.: 4:15-cv-1749 DCN TER<br><br><br><br>**ORDER** |

This matter is before the court upon defendant's motion to dismiss for lack of jurisdiction. This motion was filed on November 23, 2015. On December 9, 2015, plaintiff file a response in support of the motion to dismiss. It is therefore

**ORDERED** that the motion to dismiss without prejudice is hereby **GRANTED.**

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

December 16, 2015
Charleston, South Carolina